# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
■ FIRST _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: JEFFREY SNYDER    JOINT DEBTOR: NOILYN SNYDER    CASE NO.: 20-11469-RAM
SS#: xxx-xx-0589              SS#: xxx-xx-7457

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $5,756.11 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE  ☐ PRO BONO

Total Fees: $7250.00    Total Paid: $2000.00    Balance Due: $5250.00
Payable $1,312.50 /month (Months 1 to 4 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,500.00 + $775.00 + $775.00 + $525.00 + $525.00 = $7,250.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Okeechobee County Tax Collector
   Address: 307 NW 5 St, Okeechobee, FL 34972
   Arrearage/ Payoff on Petition Date: 1944.31 x 18% = $2,962.64
   Arrears Payment (Cure): $10.00 /month (Months 1 to 4 )
   Arrears Payment (Cure): $52.19 /month (Months 5 to 60 )
   Last 4 Digits of Account No.: 1127
   Other: _____

Debtor(s): JEFFREY SNYDER, NOILYN SNYDER    Case number: 20-11469-RAM

☐ Real Property
    ☐ Principal Residence
    ■ Other Real Property

Address of Collateral:
17281 NW 250 St
Okeechobee, FL 34972

☐ Personal Property/Vehicle

Description of Collateral: 2019 taxes

Check one below for Real Property:
☐ Escrow is included in the regular payments
■ The debtor(s) will pay   ■ taxes   ☐ insurance directly

---

2. Creditor: Susan M Horne, Trustee

Address: 575 Sower St
North Bend, OR 97459

Last 4 Digits of Account No.: N/A

Other: _____

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $10,000.00 | |
| Arrears Payment (Cure) | $10.00 | /month (Months 1 to 4) |
| Arrears Payment (Cure) | $177.86 | /month (Months 5 to 60) |
| Regular Payment (Maintain) | $1,461.93 | /month (Months 1 to 60) |

■ Real Property
    ■ Principal Residence
    ☐ Other Real Property

Address of Collateral:
19616 Canal Dr
Summerland Key, FL 33042

☐ Personal Property/Vehicle

Description of Collateral: First Mortgage

Check one below for Real Property:
■ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

---

3. Creditor: John Deere Finance

Address: POB 6600
Johnston, IA 50131

Last 4 Digits of Account No.: 1077

Other: _____

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $10,000.00 | |
| Arrears Payment (Cure) | $214.83 | /month (Months 1 to 4) |
| Arrears Payment (Cure) | $16.23 | /month (Months 5 to 60) |
| Regular Payment (Maintain) | $1,996.24 | /month (Months 1 to 60) |

☐ Real Property
    ☐ Principal Residence
    ☐ Other Real Property

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: Heavy duty equipment

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

---

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

Debtor(s): JEFFREY SNYDER, NOILYN SNYDER   Case number: 20-11469-RAM

| 1. Creditor: Be a Man Buy Land LLC<br>Address: 4260 SE Federal Hwy<br>Stewart, FL 34997<br>Last 4 Digits of Account No.: 8271<br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br>Address of Collateral:<br>17281 NW 250 St<br>Okeechobee, FL 34972 | Value of Collateral: $23,255.79<br>Amount of Creditor's Lien: $63,621.27<br>Interest Rate: 3.25%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>■ The debtor(s) will pay<br>　■ taxes　☐ insurance directly | **Payment**<br>Total paid in plan: $25,228.08<br>$50.00 /month (Months 1 to 4)<br>$446.93 /month (Months 5 to 60) |
| --- | --- | --- |
| 2. Creditor: IRS<br>Address: Stop 5730<br>7850 SW 6th Court, Room 165<br>Ft Lauderdale, FL 33318<br>Last 4 Digits of Account No.: 0589<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>19616 Canal Dr<br>Summerland Key, FL 33042 | Value of Collateral: $9,264.00<br>Amount of Creditor's Lien: $60,000.00<br>Interest Rate: 5.00%<br>Check one below:<br>■ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>　☐ taxes　☐ insurance directly | **Payment**<br>Total paid in plan: $10,489.60<br>$10.00 /month (Months 1 to 4)<br>$186.60 /month (Months 5 to 60) |

2. **VEHICLES(S):** ☐ NONE

| 1. Creditor: Marine One Acceptance<br>Address: 5000 Quorum Drive<br>Dallas, TX 75254<br>Last 4 Digits of Account No.: 2638<br>VIN:<br>Description of Collateral:<br>2016 Jay Flite RV<br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $13,700.00<br>Amount of Creditor's Lien: $15,173.00<br>Interest Rate: 5.25% | **Payment**<br>Total paid in plan: $15,606.72<br>$50.00 /month (Months 1 to 4)<br>$275.12 /month (Months 5 to 60) |
| --- | --- | --- |

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
　■ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
　■ NONE

**IV.   TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☐ NONE

| | | | |
|---|---|---|---|
| Total Due: | $20,000.00 | Total Payment | $20,000.08 |
| Payable: | $10.00 | /month (Months 1 to 4 ) | |
| Payable: | $356.43 | /month (Months 5 to 60 ) | |

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

**V.   TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay    $5.00    /month (Months 1 to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:**   ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.   EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ☐ NONE

   ☒ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | William Mora | 2014 Honda Civic | N/A | ☒ Assume ☐ Reject |

**VII.   INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

   ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII.   NON-STANDARD PLAN PROVISIONS** ☐ NONE

   ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   The forst payment under the plan is due on March 3, 2020.

   ☐ Mortgage Modification Mediation

Debtor(s): JEFFREY SNYDER, NOILYN SNYDER   Case number: 20-11469-RAM

## PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | |
|---|---|---|
| _____ Debtor | February 18, 2020 | _____ Joint Debtor   February 18, 2020 |
| JEFFREY SNYDER | Date | NOILYN SNYDER                          Date |

MICHAEL A. FRANK            February 18, 2020
Attorney with permission to sign on            Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**